IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CR. NO. 04-10079-T |
| | * | |
| JEREMIAH SANFORD | * | |
| Defendant. | * | |

## MOTION TO ALTER OR AMEND JUDGEMENT

Comes now the Defendant and moves this Honorable Court pursuant to Rule 36 of the Federal Rules of Criminal Procedure to alter or amend the judgement entered in this matter on May 6, 2005. In support of this Motion Defendant would state:

1. At sentencing in this matter the Court ruled that a recommendation would be made that Defendant be given a psychological/mental evaluation by the Bureau of Prisons upon beginning his custodial sentence. Such evaluation would concern Defendant's multiple mental/emotional impairments and how Defendant is to be housed by the Bureau of Prisons, and what services he will require.

2. The judgement entered in this matter on May 6, 2005 does not include this recommendation.

3. Defense counsel has consulted with government counsel and there is no opposition to the relief requested.

Premises considered, Defendant moves this Honorable Court to alter or amend the Judgement in this matter to correctly include the above recommendation, as set out in the sentencing hearing.

**MOTION GRANTED**
DATE: 13 May 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  05-17-05

Respectfully submitted, this the 12 day of May, 2005

*[signature]*

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
Phone: (731)427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. James Powell
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the 12 day of May, 2005.

*[signature]*

M. Dianne Smothers

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CR-10079 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT